IN THE UNITED STATES JUDICIAL DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>QUESTAR GAS MANAGEMENT COMPANY,<br><br>                    Defendant. | **ORDER**<br><br>Case No. 2:08-CV-00167-DAK<br><br>Magistrate Judge: Samuel Alba |

     Having read the briefs submitted by the parties and heard argument from counsel on Defendant's Motion Under Rule 26(b)(5)(B) For Determination That Plaintiff Has Waived Privilege Over Inadvertently Produced Documents And Motion Under Rule 37(a)(3)(B) To Compel Discovery Responses Regarding Inadvertently Produced Documents (the "Motion");

     IT IS HEREBY ORDERED that the Motion is granted with respect to the seven "contested documents" specifically identified in the Motion and finds that Plaintiff has waived privilege with respect to those seven specific documents. The seven "contested documents" may be used by Defendant in this case.

     Based on the representations of counsel for Plaintiff, the Court finds that the documents

#92677 v1 bou

attached as Exhibits A and D to Defendant's Reply in Support of the Motion are not subject to any privilege and may be used by Defendant in this case.

SO ORDERED this 17th day of February, 2010.

_____
Magistrate Judge Samuel Alba

Approved as to form:

/s/ Mark C. Elmer
Mark C. Elmer
Counsel for Plaintiff

#92677 v1 bou